# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 16-CR-00236-01-W-DW |
| v. ) | |
| ) | |
| DOMINIC A. TURNER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation. Doc. 24. No party has filed an objection to the Report and Recommendation. After an independent review of the record, the Court ADOPTS the Magistrate's Report and Recommendation. Consequently, it is hereby ORDERED that the Magistrate's Report and Recommendation (Doc. 24) be attached to and made a part of this Order; it is further ORDERED that the Court finds Defendant Dominic A. Turner competent to understand the nature and consequence of the proceedings against him and to assist properly in his defense.

IT IS SO ORDERED.


Date: January 5, 2017                                   /s/ Dean Whipple
                                                        Dean Whipple
                                                        United States District Judge